IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENNY WILLIAMS,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:19-cv-02229 KJM EFB<br><br>**[PROPOSED]** ORDER<br><br>Judge:         The Hon. Edmund F. Brennan<br>Trial Date:    Not Set<br>Action Filed: November 5, 2019 |

   Good cause having been shown, Defendants' request for a thirty-day extension of time to respond to the complaint is granted. Defendants shall have up to and including May 28, 2020, to file their responsive pleading.

Dated: April 23, 2020.

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge