IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENNY WILLIAMS,** | 2:19-cv-02229 KJM EFB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **G. NEWSOM, et al.,** | |
| Defendants. | |

    Good cause having been shown, Defendants' request for a ninety-day extension of time to the discovery close date is granted. The discovery deadline shall be extended ninety days to November 12, 2020, and the pretrial motion deadline shall be extended ninety days to April 22, 2021.

Dated: August 3, 2020.

_____
The Honorable Edmund F. Brennan
United States Magistrate Judge