1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNY WILLIAMS,

                    Plaintiff,

          v.

NEWSOME, *et al.*,

                    Defendants.

Case No.  2:19-cv-02229-KJM-JDP (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME

          Plaintiff has filed a motion for a second extension of time to file a response to defendants' motion for summary judgment.  ECF No. 54.  Good cause appearing, the request will be granted.

          Accordingly, it is hereby ORDERED that:

          1.  Plaintiff's motion for a second extension of time, ECF No. 54, is granted.

          2.  Plaintiff is granted up to and including July 30, 2021, in which to file an opposition or statement of non-opposition to defendants' motion for summary judgment.

          3.  No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:    July 21, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28