UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:19-cv-02229-KJM-JDP (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 63 |

　　　　Plaintiff has filed a motion for a thirty-day extension of time to file objections to the August 20, 2021 findings and recommendations. ECF No. 63. Good cause appearing, it is hereby ORDERED that:

　　　　1. Plaintiff's motion for an extension of time, ECF No. 63, is granted in part.

　　　　2. Plaintiff is granted until September 23, 2021 to file objections to the August 20, 2021 findings and recommendations.

　　　　3. No further extensions will be granted.

IT IS SO ORDERED.

Dated: 　September 2, 2021　

　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE