1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BENNY WILLIAMS,                            No.  2:19-cv-02229-KJM-JDP (PC)

12                 Plaintiff,

13          v.                                  ORDER

14   GAVIN NEWSOM, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19   by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 20, 2021, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Plaintiff has filed timely

23   objections to the findings and recommendations.  *See* ECF No. 66.  Before this court issued its

24   order, plaintiff filed an appeal to the Ninth Circuit Court of Appeals, ECF No. 68, which that

25   court dismissed for lack of jurisdiction, noting "the order challenged in the appeal is not final or

26   appealable."  ECF No. 71 (citing *Serine v. Peterson*, 989 F.2d 371, 372-73 (9th Cir. 1993)

27   (magistrate judge's findings and recommendations not appealable; premature appeal not cured by

28   subsequent entry of final judgment by district court)).

1

1    Because the appeal was dismissed and a mandate issued, *see* ECF No. 73, this court has

2   jurisdiction to address the pending findings and recommendations regarding plaintiff's motion for

3   summary judgment.  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local

4   Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the

5   court finds the findings and recommendations to be supported by the record and by the proper

6   analysis.

7    Accordingly, IT IS HEREBY ORDERED that:

8    1.  The findings and recommendations filed August 20, 2021, ECF No. 60, are adopted in

9   full;

10    2.  Plaintiff's motion for summary judgment, ECF No. 39, is denied; and

11    3.  This matter is referred back to the assigned magistrate judge for all further pretrial

12   proceedings.

13   DATED:  December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE